# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOB SAMARA,**

      **Plaintiff,**

**v.**                                                        **Case No:   6:20-cv-520-Orl-31EJK**

**THE JUICE PLUS+ COMPANY, LLC**
**and JILL HERMAN,**

      **Defendants.**

## ORDER

This Matter comes before the Court on the Motions to Dismiss filed by The Juice Plus+ Company, LLC (Doc. 20) and Jill Herman (Doc. 19). On June 8, 2020, the Court denied the Plaintiff's untimely motion for extension of time respond to the Motions to Dismiss. Doc. 26. Nevertheless, eleven days later, the Plaintiff filed an untimely response to each Motion to Dismiss (Docs. 27, 28). The Responses (Docs. 27, 28) are hereby **STRICKEN** as untimely. Because the Plaintiff has failed to timely respond to the Motions to Dismiss, and the Motions to Dismiss have colorable merit, the Motions to Dismiss (Docs. 19, 20) are **GRANTED.** If the Plaintiff wishes to file an amended complaint, he may do so within twenty-one (21) days of the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 22, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party